# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF GARRETT JOSEPH
CLAYBOURN

NO.   2025 CW 0426

**AUGUST 18, 2025**

---

In Re:   Maria A. Finley, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
P109268.

---

**BEFORE:   McCLENDON, C.J., MILLER AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.**   This writ application is untimely.
Whether the court considers the date of mailing of the notice of
judgment on either January 15, 2025 (the date on the clerk's
notice), or January 17, 2025 (the date urged by relator as the
date on the clerk's envelope), relator's writ application was filed
on February 18, 2025, more than thirty days after either date. See
La. Code Civ. P. art. 1914; see also Rule 4-3 of the Uniform Rules
of Louisiana Courts of Appeal.   Additionally, the writ application
was filed after the return date of February 15, 2025.

Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered.   Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

**SMM**
**TPS**

**McClendon, C.J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT